UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE SMITH,<br><br>        Petitioner,<br><br>    v.<br><br>RICK HILL,<br><br>        Respondent. | No.  2:20-cv-0863 AC P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis and a request for appointment of counsel.

The application attacks a conviction issued by the Superior Court in Alameda County. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Alameda County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis or request for appointment of counsel; and

////

2. This matter is transferred to the United States District Court for the Northern District of California.

DATED: May 1, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE